FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

2016 MAR 11  PM 4: 05

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| CEDRIC WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV416-070 |
| | ) | |
| TAKATA CORPORATION; TK HOLDINGS | ) | |
| INC.; HONDA MOTOR CO., LTD.; HONDA | ) | |
| R&D CO., LTD.; AMERICAN HONDA MOTOR | ) | |
| CO., INC.; and HONDA OF AMERICA | ) | |
| MFG., INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is Plaintiff's Complaint (Doc. 1) alleging, among

others, claims for products liability due to an injury Plaintiff

sustained while operating a vehicle. The complaint contains a number of

photographs and diagrams, including images both of Plaintiff's injury and

the product involved. (Doc. 1 at 2, 14, 15.) Plaintiff is **ORDERED** to file

an amended complaint within **fourteen days** removing those photographs and

diagrams.[1] Plaintiff should be aware, however, that the Court will not

accept an amended complaint that incorporates by reference any factual

allegation or argument contained in Plaintiff's earlier filing. The

amended complaint should be a stand-alone filing that independently

contains all the factual allegations and arguments that the filing party

wishes the Court to consider.

SO ORDERED this 11th day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, the Clerk of Court is **DIRECTED** to remove Plaintiff's
initial complaint from the public docket.